UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| CARMEN VELEZ, | : | Civil Action No. 15-1841 (MCA) |
| *Plaintiff,* | : | |
| v. | : | |
| | : | ORDER |
| SUNNY DELIGHT, et al., | : | |
| *Defendants.* | : | |

**THIS MATTER** having come before the Court by way of Plaintiff's motion to remand this matter to the Superior Court of New Jersey, Law Division, Union County and for costs and attorney's fees in connection with the motion [Dkt. No. 7]; and

**IT APPEARING THAT** the Honorable Leda Dunn Wettre issued a Report and Recommendation dated August 31, 2015, in which Judge Wettre recommended that this Court grant Plaintiff's motion to remand and deny Plaintiff's request for costs and fees [Dkt. No. 15]; and

**IT FURTHER APPEARING THAT** Defendants have not filed any objections to the Report and Recommendation; and

**IT FURTHER APPEARING THAT** for the reasons set forth in Judge Wettre's Report and Recommendation,

**IT IS** on this 21st day of September, 2015,

**ORDERED** that Judge Wettre's Report and Recommendation dated August 31, 2015, is **ADOPTED**; and it is further

**ORDERED** that Plaintiff's motion to remand is **GRANTED**, Plaintiff's request for attorney's fees and costs is **DENIED** and this case is **REMANDED** to the Superior Court of New Jersey, Law Division, Union County; and it is further

**ORDERED** that the Clerk of the Court shall close this matter.

*/s Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**
